# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

**MELVIN LYNN JOHNSON, JR.**                    **CIVIL ACTION NO. 18-811-P**

**VERSUS**                                       **JUDGE FOOTE**

**WARDEN JERRY GOODWIN**                          **MAGISTRATE JUDGE HORNSBY**

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of <u>habeas corpus</u> is **DENIED** and that this action is **DISMISSED WITH PREJUDICE.**

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant.  The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ___ day of _____AUGUST_____ 2021.

**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**